# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1331

_____

Darius J. Whitson, Sr.,                          *
                                                 *
            Appellant,                           *
                                                 *
      v.                                         *   Appeal from the United States
                                                 *   District Court for the
Mary Ann L. Medler, Judge; David D.              *   Eastern District of Missouri.
Noce, Judge,                                     *
                                                 *        [UNPUBLISHED]
            Appellees.                           *

_____

Submitted:  April 1, 2004

Filed:  April 9, 2004
_____

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.
_____

PER CURIAM.

Darius Whitson appeals the district court's[1] preservice dismissal under 28 U.S.C. § 1915(e)(2)(B) of his complaint seeking the removal of two magistrate judges. Following de novo review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we agree with the district court that dismissal was appropriate. Accordingly, we affirm under 8th Circuit Rule 47B. We also grant Whitson leave to

---

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

proceed in forma pauperis, and we remand for the district court to assess and collect the appellate filing fee.

_____